**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

One Church Street; Suite B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 10, 2020

**NOTICE OF CORRECTION**

From:   Clerk's Office

Case Style:   Murphy et al v. The Andersons, Inc.

**Case Number:**   **2:19-cv-00184-WKW**

Docket entry no:   33

This Notice of Correction is filed in this case to correct Docket entry 33 to correct the erroneous main PDF document previously attached correcting typographical error in Pretrial conference date.

The correct case PDF document to Docket entry 33 is attached to this notice.